UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNSON LAW, PLC

    Plaintiff,                                         Civil Action No. 19-CV-11786

vs.                                                HON. BERNARD A. FRIEDMAN

SENTINEL INSURANCE CO., LTD.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On April 19, 2021, the parties in this matter reached a settlement agreement. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs or attorney fees. The Court shall retain jurisdiction for a period of sixty days from the date of this order to enforce all terms of the parties' settlement agreement.

                                                                       s/Bernard A. Friedman
                                                                       BERNARD A. FRIEDMAN
Dated: May 10, 2021                        SENIOR UNITED STATES DISTRICT JUDGE
        Detroit, Michigan